| Date | Pleading Number | |
|------|------|---|
| 9/8/75 | 1 | MOTION AND BRIEF -- To transfer actions for coordinated or consolidated pretrial proceedings  -- SAM AND MARILYN PILL   Suggested Transferee District :  S.D. Florida |
| 9/18/75 | 2 | MOTION TO STAY ACTION-- DEFENDANTS w/cert. of service |
| 9/18/75 | | APPEARANCES -- SAM AND MARILYN PILL, Ronald Litowitz, 520 BROADWAY corp., Melvyn I. Weiss; BANKERS LIFE AND CASUALTY CO., ROAYAL AMERICAN INDUSTRIES, INC., JOHN D. MACARTHUR, W. L. CARGILL, B. D. UNDERWOOD, GEORGE E. WEAVER, CLAIR G. ANDERSEN, E. W. MOON, TED H. CLIMER, ROYAL INDUSTRIES, CORP. JOHN D. MACARTHUR TRUST NO. L, NATIONAL DRILLING CO. Donald A. Derfner |
| 9/19/75 | | REQUEST FOR EXTENSION -- Counsel for 520 Broadway -- Granted to All to Oct. 3, 1975 |
| 10/6/75 | | REQUEST FOR EXTENSION --  Counsel for 520 Broadway --Granted to 10/8/75 |
| 10/9/75 | | HEARING ORDER setting A-1 and A-2 for oral hearing October 29, 1975 Orlndo, Florida |
| 10/9/75 | 3 | RESPONSE -- Pltfs. 520 Broadway Corp. and Broner w/service list |
| 10/14/75 | 4 | RESPONSE -- DEFENDANTS w/cert. of service |
| 10/17/75 | 5 | RESPONSE -- PILL PLAINTIFFS x  w/cert. of service |
| | | WAIVER OF ORAL ARGUMENT -- ALL PARTIES  -- for 10/29/75 hearing |
| 1 /29/76 | | OPINION AND ORDER -- DENYING TRANSFER OF LITIGATION |

Case MDL No. 225   Document 14   Filed 05/01/15   Page 2 of 5

## Description of Litigation

DOCKET NO. 225 -- IN RE ROYAL AMERICAN INDUSTRIES, INC. SECURITIES LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) _10/29/75_

Date(s) of Opinion(s) or Order(s) _1/29/76_

Consolidation Ordered _____    Name of Transferee Judge _____

Consolidation Denied ✓    Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Sam and Marilyn Pill v. Bankers Life and Casualty Co., et al. | S.D. Fl. | 75-134-Civ-CF | | | | |
| A-2 | 520 Broadway Corp., et al. v. John D. MacArthur, et al. | D. Dela | 75-173 | | | | |

p. <u>1</u>

**ATTORNEY SERVICE LIST**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

DOCKET NO. <u>225</u> -- <u>IN RE ROYAL AMERICAN INDUSTRIES, INC. SECURITIES</u>

<u>LITIGATION</u>

| Plaintiff | Defendant |
|---|---|
| SAM AND MARILYN PILL (A-1)<br>  Ronald Litowitz, Esquire<br>  Kreindler & Kreindler<br>  99 Park Avenue<br>  New York, New York  10016<br><br>520 BROADWAY CORP., ET AL. (A-2)<br>  Melvyn I. Weiss, Esquire<br>  Milberg & Weiss<br>  One Pennsylvania Plaza<br>  New York, New York 10001 | BANKERS LIFE AND CASUALTY CO.<br>ROYAL AMERICAN INDUSTRIES, INC.<br>JOHN D. MACARTHUR<br>W. L. CARGILL<br>B. D. UNDERWOOD<br>GEORGE E. WEAVER<br>CLAIR G. ANDERSEN<br>E. W. MOON<br>TED H. CLIMER, SR.<br>ROYAM INDUSTRIES, CORP.<br>JOHN D. MACARTHUR TRUST NO. 1<br>NATIONAL DRILLING CO., INC.<br><br>  Donald A. Derfner, Esquire<br>  Schulman & Scheichet<br>  555 Madison Avenue<br>  New York, New York  10022 |

JP Form 3

p. ____ .

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __225__ -- ____ IN RE ROYAL AMERICAN INDUSTRIES, INC. SECURITIES
dc                                   LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| BANKERS LIFE AND CASUALTY CO. | A-1  A-2 |
| ROYAL AMERICAN IND., INC. | A-1  A-2 |
| JOHN D. MACARTHUR | A-1  A-2 |
| W. L. CARGILL | A-2 |
| B. D. UNDERWOOD | A-2 |
| GEORGE E. WEAVER | A-2 |
| CLAIR G. ANDERSEN | A-2 |
| E. W. MOON | A-2 |
| TED H. CLIMER, SR. | A-2 |
| ROYAM INDUSTRIES CORP. | A-2 |

p. _____

A-2

NATIONAL DRILLING CO., INC.